IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENJAMIN ROSARIO, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:18-CV-1008-RP |
| TEXAS VETERANS COMMISSION, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court issued an order granting Defendant's motion for summary judgment. (Dkt. 54). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that Defendant may file a motion for attorney's fees and a bill of costs, if any, no later than May 12, 2022.

**SIGNED** on April 27, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE